**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jamal T Paker
Tiffany Yashica Paker
Debtor(s)

CHAPTER 13

BKY. NO. 26-13429 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/Matthew Fissel
Matthew Fissel
28 Aug 2026, 14:59:06, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 53f64d0db727f5c7b6743ef162f04517255fbe64a6e5c1ed7023c543c596ee34