**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Jamal T Parker and** | **:** | **Chapter 13** |
| **Tiffany Yashica Parker** | **:** | |
| **Debtors** | **:** | **Bky. No.: 26-13429-pmm** |

## CERTIFICATION OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor, certify that on Ooctober 13, 2026 I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Bankruptcy Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: October 13, 2026 By: */s/ Joseph Quinn*__________

Joseph Quinn, Esquire
Attorney I.D. No. 307467
**ROSS, QUINN & PLOPPERT, P.C.**
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
JQuinn@rqplaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Matthew K. Fissel, Esquire
MidFirst Bank
bkgroup@kmllawgroup.com
Attorney
Via: ☒ CM/ECF ☐1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Scott F. Waterman, Esquire
ECFMail@ReadingCh13.com
Standing Chapter 13 Trustee
Via: ☒ CM/ECF ☐1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via: ☒ CM/ECF ☐1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Ally Bank
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

CCI/Contract Callers Inc
Attn: Bankruptcy Dept
501 Greene St, 3rd Floor, Suite 302
Augusta, GA 30901
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Children's Dental Health of Limerick
292 W Ridge Pike, Building B, Suite A
Royersford, PA 19468
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Credit Collections
Attn: Bankruptcy
725 Canton Street
Norwood, MA 02062
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113
Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Dept Of Education/NelNet
PO Box 82561
Lincoln, NE 68501
Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Fortiva
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348
Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

General Revenue Corporation
Attn: Bankruptcy Dept
P O Box 495999
Cincinnati, OH 45249
Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

Harris & Harris
Attn: Bankruptcy
111 W Jackson Blvd, Suite 650
Chicago, IL 60604
Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

LVNV Funding, LLC c/o
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Met-Ed
101 Crawford's Corner Road
Building 1 Suite 1-511
Holmdel NJ 07733
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Paypal
2211 N. First Street
San Jose, CA 95131
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Township of Amity
2004 Weavertown Road
Douglassville, PA 19518
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

U.S. Department of Education c/o Nelnet
121 South 13th Street
Lincoln, NE 68508
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

U.S. Department of Housing
and Urban Development
801 Market Street 12th Floor
Philadelphia, PA 19107
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Uplift, Inc.
Attn: Bankruptcy
275 Battery Street 23rd Floor
San Francisco, CA 94111
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Zip
228 Park Ave South
PMB 59872
New York, NY 10003
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other: